# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY TERRY                                                                            PLAINTIFF

V.                                      3:13CV00042 JTR

CAROLYN W. COLVIN,                                                         DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 11th DAY OF February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE